# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2012

144368

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                           SC: 144368
                                           COA: 303624
                                           Wayne CC: 04-009306-FC

DEVON E. SMITH,
       Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the November 16, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).

      MARILYN KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

_____
Clerk

h0919